**Order entered May 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00592-CV
No. 05-15-00597-CV
No. 05-15-00594-CV
No. 05-15-00596-CV
No. 05-15-00595-CV

**IN RE ELVIN OMAR VASQUEZ, Relator**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-35051-Q, F10-35055-Q, F10-35052-Q, F10-35054-Q, F10-35053-Q**

## ORDER
Before Justices Lang, Fillmore and Brown

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus. We **DENY** as moot relator's request that the Court "request copies of letters requesting rulings on behalf of the motion to strike void court orders from the district clerk." We **ORDER** relator to bear the costs of this original proceeding.

/s/    DOUGLAS S. LANG
           JUSTICE